**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LINDA SPENCER,**

       **Plaintiff,**

-vs-                                       **Case No.  6:06-cv-21-Orl-28KRS**

**CHARLES CRAIG & ASSOCIATES, LLC,**
**CHARLIE CRAIG,**

       **Defendants.**

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration following a settlement conference on the following motion filed herein:

> **MOTION:**    **ORAL MOTION TO APPROVE SETTLEMENT AGREEMENT**
>
> **FILED:**      **June 21, 2006**
>
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

    The parties reached a settlement on the terms stated on the record at the end of the settlement conference.  Under the agreement, the plaintiff will receive the full amount of overtime compensation and liquidated damages claimed by her, as adjusted at the settlement conference based on records of hours worked presented during the settlement conference.

    Because the plaintiff will receive all of the compensation to which she might have been entitled under the Fair Labor Standards Act  (FLSA), 29 U.S.C. § 201 *et. seq*, I conclude that the settlement

is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354 (11th Cir. 1982). Accordingly, I respectfully recommend that the parties' settlement agreement as stated on the record at the hearing be approved.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on June 21, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy