UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LINDA SPENCER,

         Plaintiff,

-vs-                              Case No. 6:06-cv-21-Orl-28KRS

CHARLES CRAIG & ASSOCIATES, LLC,
CHARLIE CRAIG,

         Defendants.
_____

## ORDER

This case is before the Court on the Oral Motion to Approve Settlement Agreement made June 21, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be Granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed June 21, 2006 (Doc. No. 16) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Settlement Agreement reached between the Parties is approved and this case is dismissed with prejudice.

    3.    The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __27__ day of July, 2006.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party